## Northern Pacific Express Co. v. The Traders Insurance Co.

1. Appellate Court Practice—*Second Appeal—Res Adjudicata.*— Where the questions presented are identical with those adjudicated upon the former appeal, the law of the case then announced controls so far as the case on the second appeal is concerned.

Assumpsit, on a policy of insurance. Trial in the Circuit Court of Cook County; the Hon. Frank Baker, Judge, presiding. Finding and judgment for defendant; appeal by plaintiff. Heard in the Branch Appellate Court at the October term, 1898. Affirmed. Opinion filed July 11, 1899.

Kemper K. Knapp, attorney for plaintiff in error.

Dupee, Judah, Willard & Wolf, attorneys for defendant in error.

Mr. Justice Shepard delivered the opinion of the court.

This cause, with the title reversed, was before the original court for this district once before, upon appeal, and the judgment of the Circuit Court in favor of the present plaintiff in error for its damages sustained, was reversed and the cause remanded. (70 Ill. App. 143.)

The cause was subsequently redocketed in the Circuit

Court and the demurrer of defendant in error to the decla-ration was sustained, in conformity with the opinion above referred to, and the plaintiff in error electing to stand by its declaration, judgment was entered for the defendant in error and against the plaintiff in error for costs.

The questions now presented are identical with those adjudicated upon the former appeal, and the law of the case then announced controls us, so far as the case now here is concerned.

Nothing remains for us but to affirm the judgment, and it is so done.    Affirmed.